| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kreatiively Kreative Inc |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 23-40420 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Resource One CU | Checking account | 4268 | (Unknown) |

**4. Other cash equivalents** *(Identify all)*
None

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
None

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    **$0.00**

---

**Part 3:** Accounts receivable

---

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts Receivable**

11a. 90 days old or less:    _____ - _____ = ......  →    _____
                            face amount      doubtful or uncollectible accounts

11b. Over 90 days old:       _____ - _____ = ......  →    _____
                            face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    **$0.00**

---

**Part 4:** Investments

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                          % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor   __**Kreatiively Kreative Inc**_____   Case number *(if known)* _____**23-40420**_____
     Name

---

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.      **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.      **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

---

| Debtor | Kreatiively Kreative Inc | Case number *(if known)* | 23-40420 |
| | Name | | |

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                             $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| Debtor | Kreatiively Kreative Inc | Case number *(if known)* | 23-40420 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

   **None**

**40.** **Office fixtures**

   **None**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

   **None**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   **None**

**43.** **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                                                    $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   **None**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

**None**

49. **Aircraft and accessories**

**None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. ....................................................... **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:** Real Property

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| **Lot Eight-R(8-R) Block "B", W. Leslie Evans Subdivision Volume 46, Page 189**<br>55.1 **1802 Third Street Corpus Christi, TX 78404** | Fee Simple | (Unknown) | | $405,000.00 |
| **Lot 12B, 13, 14A Block 1 Rogers FO**<br>55.2 **915 N 16th St. Waco, TX 76707** | Fee Simple | (Unknown) | | $360,000.00 |
| **Block D Lot 16 Richard Oaks Subdivision**<br>**5020 Eldorado Drive North Richland Hills,**<br>55.3 **TX 76180** | Fee Simple | (Unknown) | | $480,000.00 |
| **Additional Page Total -** *See continuation page for additional entries* | | | | $1,495,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. .......... **$2,740,000.00**

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No

☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☑ No

☐ Yes

---

| **Part 10:** | Intangibles and Intellectual Property |
|---|---|

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** Patents, copyrights, trademarks, and trade secrets

None

**61.** Internet domain names and websites

None

**62.** Licenses, franchises, and royalties

None

**63.** Customer lists, mailing lists, or other compilations

None

**64.** Other intangibles, or intellectual property

None

**65.** Goodwill

None

**66.** Total of Part 10

Add lines 60 through 65. Copy the total to line 89.                                         **$0.00**

**67.** Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No

☐ Yes

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**   All other assets

---

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.   Notes receivable**

Description (include name of obligor)

**None**

**72.   Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.   Interests in insurance policies or annuities**

**None**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  |  |
|---|---|
| 75.1   **Claim for Vandalism & Theft on 915 N. 15th St. Property, Waco, TX 76707** | **$60,000.00** |

Nature of Claim    **Insurance claim with Home Owners of America**

Amount Requested    **$60,000.00**

| Additional Page Total - *See continuation page for additional entries* | **$130,000.00** |
|---|---|

**76.   Trusts, equitable or future interests in property**

**None**

**77.   Other property of any kind not already listed** *Examples:* Season tickets, country club membership

|  |  |
|---|---|
| 77.1   **Escrow on loan # 303970 located @ 703 Martinque Ave., Dallas, TX 75223, Independence Title, 4300 Spring Vallet Rd,, Dallas, TX 75244 Escrow officer Jorge Herrera** | **$18,621.51** |

| Other Property Total - *See continuation page for entries* | **$4,645.00** |
|---|---|

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
| | Name | | |

---

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                                       $213,266.51

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

---

**Part 12:** Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*................................................................ | → | $2,740,000.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $213,266.51 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $213,266.51 | + 91b. $2,740,000.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................................... | | $2,953,266.51 |

---

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

## Additional Page

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest -** *Continued* | | | | |
| **Trinity Park addition Block 1 Lot Ba**<br>55.4 **6868 County Road 889 Allen, TX 75002** | Fee Simple | (Unknown) | | $760,000.00 |
| **MOUNT AUBURN BLK 21/1615 LOT 17 MARTINIQUE**<br>55.5 **703 Martinique Ave Dallas, TX 75223-1439** | Fee Simple | (Unknown) | | $735,000.00 |
| | | | | **Current value of debtor's interest** |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims -** *Continued* | | | | |
| **Claim for Vandalism & Theft at property 703 Martinique Ave., Dallas, TX 75223**<br>75.2 | | | | |
| Nature of Claim **Insurance claim with Zurich Insurance Builders risk policy** | | | | |
| Amount Requested **$70,000.00** | | | | $70,000.00 |
| **Claim for Vandalism at property 1802 Third St., Corpus Christi, TX 78404**<br>75.3 | | | | |
| Nature of Claim **insurance claim with Ageis Insurance landlord policy** | | | | |
| Amount Requested **$60,000.00** | | | | $60,000.00 |
| **77.** **Other property of any kind not already listed -** *Continued* | | | | |
| **Escrow on loan # 303853 located @ 6868 County Road, Allen, TX 75002, MPR Title, LLC, 5068 W. Plano Pkwy., Ste. 238, Plano, TX 75093**<br>77.2 | | | | $4,645.00 |

**Fill in this information to identify the case:**

Debtor name ___Kreatiively Kreative Inc_____

United States Bankruptcy Court for the: _____Eastern_____ District of _____Texas_____
                                                                    (State)

Case number (if known): ___23-40420_____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- |

**2.1** **Creditor's name**
___City of Waco/ ISD___

**Creditor's mailing address**
c/o Julie Parsons
___Mccreary, Veselka et al___
___PO Box 1269___
___Round Rock, TX 78680___

**Creditor's email address, if known**
_____

**Date debt was incurred** ___2022 ,2023___

**Last 4 digits of account** _9_ _0_ _0_ _1_
**number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

> 1) Textbook Holdings Trust, et al; 2) McLennan County Tax; **3) City of Waco/ ISD**

**Describe debtor's property that is subject to a lien**
___Lot 12B, 13, 14A Block 1 Rogers FO___

**Describe the lien**
___Property taxes___

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $4,723.17    Column B: $360,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $2,113,832.06

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of _11_

Debtor    Kreatiively Kreative Inc _____    Case number (if known) 23-40420 _____
        Name

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

Dallas County

**Creditor's mailing address**

C/O Linebarger, Goggan,et al

2777 N. Stemmons Freeway Suite 1000

Dallas, TX 75207

**Creditor's email address, if known**


**Date debt was incurred**    2022-2023EST

**Last 4 digits of account number**    0   0   0   0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

MOUNT AUBURN BLK 21/1615 LOT 17 MARTINIQUE          $12,483.97          $735,000.00

**Describe the lien**

taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Kreatiively Kreative Inc
_____
Name

Case number (if known) 23-40420
_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.3**

**Creditor's name**
Flash Raise Funding, LLC

**Creditor's mailing address**
507 W. Rhapsody Dr.

San Antonio, TX 78216

**Creditor's email address, if known**

**Date debt was incurred**    1/15/2021

**Last 4 digits of account number**    8  0  0  2

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Flash Raise Funding, LLC**; 2) Texas Superior Construction et al

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Lot Eight-R(8-R) Block "B", W. Leslie Evans Subdivision Volume 46, Page 189

**Describe the lien**
Fee Simple

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $116,000.00

Column B: $405,000.00

Debtor    Kreatiively Kreative Inc                                    Case number (if known)   23-40420
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4** **Creditor's name**

Internal Revenue Service

**Describe debtor's property that is subject to a lien**

$475,739.27     unknown

**Creditor's mailing address**

Central Insolvency Operations

PO Box 7346

Philadelphia, PA 19101-7346

**Describe the lien**

tax lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     2/13/2023

**Last 4 digits of account number**     ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor    Kreatiively Kreative Inc
_____    Case number (if known)  23-40420
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.5**

**Creditor's name**
Lakeview Loan Servicing

**Creditor's mailing address**
3637 Sentara Way

Virginia Beach, VA 23452

**Creditor's email address, if known**

**Date debt was incurred**    1/24/2021

**Last 4 digits of account number**    0  7  8  5

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Lakeview Loan Servicing**; 2) Nannette Wagner; 3) Tarrant County

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Block D Lot 16 Richard Oaks Subdivision

**Describe the lien**
fee simple

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$292,184.00          $480,000.00

| | | |
|---|---|---|
| Debtor | Kreatiively Kreative Inc | Case number (if known) 23-40420 |
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A: **Amount of claim**
Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

McLennan County Tax

**Creditor's mailing address**

PO Box Box 406

Waco, TX 76703

**Creditor's email address, if known**

Date debt was incurred ___2022___

Last 4 digits of account number ___5___ ___5___ ___1___ ___4___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Describe debtor's property that is subject to a lien**

Lot 12B, 13, 14A Block 1 Rogers FQ ............ $2,750.72 / $360,000.00

**Describe the lien**

taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** Creditor's name

Nannette Wagner

**Creditor's mailing address**

655 N Park Blvd.

Grapevine, TX 76051

**Creditor's email address, if known**

Date debt was incurred ___8/4/2022___

Last 4 digits of account number ___1___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☑ Yes. The relative priority of creditors is specified on lines ___2.5___

**Describe debtor's property that is subject to a lien**

Block D Lot 16 Richard Oaks Subdivision ...... $365,000.00 / $480,000.00

**Describe the lien**

fee simple

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _6_ of _11_

Debtor   Kreatiively Kreative Inc
_____
Name

Case number (if known) 23-40420

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

Tarrant County

**Creditor's mailing address**

C/O Linebarger, Goggan, Blair, et al

2777 N. Stemmons Frwy. Ste. 1000

Dallas, TX 75207

**Creditor's email address, if known**

_____

**Date debt was incurred**   2023 EST

**Last 4 digits of account number**   0  2  1  7

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.5

**Describe debtor's property that is subject to a lien**

Block D Lot 16 Richard Oaks Subdivision          $6,846.56          $480,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Kreatiively Kreative Inc                                                    Case number (if known) 23-40420
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9  Creditor's name**

Texas Superior Construction et al

**Creditor's mailing address**

c/o Dionisio Gonzales

637 Atlantic

Corpus Christi, TX 78404

**Creditor's email address, if known**

**Date debt was incurred**        3/2022

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.3

**Describe debtor's property that is subject to a lien**

Lot Eight-R(8-R) Block "B", W. Leslie Evans Subdivision Volume 46, Page 189         $32,500.00         $405,000.00

**Describe the lien**

Mechanical Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Kreatiively Kreative Inc
_____
Name

Case number (if known)    23-40420
_____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10 Creditor's name**

Textbook Holdings Trust, et al

**Creditor's mailing address**

c/o Fay Servicing LLC

1601 LBJ Frwy.

Dallas, TX 75234

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account** 7 8 6 1
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Lot 12B, 13, 14A Block 1 Rogers FO

**Describe the lien**

fee simple

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$407,304.37        $360,000.00

Debtor    Kreatiively Kreative Inc
_____    Case number (if known) 23-40420
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** Creditor's name

Trident Realty Investments LLC

**Creditor's mailing address**

17103 Preston RD.

Dallas, TX 75248

**Creditor's email address, if known**

**Date debt was incurred**    10/4/2022

**Last 4 digits of account number**    3  8  5  3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Trinity Park addition Block 1 Lot Ba        $398,300.00        $760,000.00

**Describe the lien**

fee simple

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Kreatiively Kreative Inc
_____
Name

Case number (if known)    23-40420

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Salloum Law Firm PC<br>661 S. Mesa Hills Dr. Suite 100<br>El Paso, TX 79912 | Line 2. 3 | __ __ __ __ |
| Jack O'Boyle & Associates, PLLC<br>PO Box 815369<br>Dallas, TX 75381 | Line 2. 10 | __ __ __ __ |
| Longhorn III Investments<br>17103 Preston Rd. Ste. 250<br>Dallas, TX 75248 | Line 2. 11 | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

---

Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Kreatiively Kreative Inc |
| United States Bankruptcy Court for the: | |
| | Eastern District of Texas |
| Case number (if known): | 23-40420 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>DeMarco Mitchell, PLLC<br><br>1255 West 15th St., 805<br><br>plano, TX 75075<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | ($2,000.00) | ($2,000.00) |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address
**American Express**

**200 Versey Street**

**New York, NY 10285**

Date or dates debt was incurred _____

Last 4 digits of account number   5   7   9   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,670.88**

---

**3.2**   Nonpriority creditor's name and mailing address
**Home Depot Credit Services**

**Louisville, KY 40290-1010**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$28,000.00**

---

**3.3**   Nonpriority creditor's name and mailing address
**Xcel Construction & Remodeling**

**PO Box 1291**

**Rockwall, TX 75087**

Date or dates debt was incurred _____

Last 4 digits of account number   2   0   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$465,000.00**

---

**3.4**   Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: _____

---

| Debtor | **Kreatiively Kreative Inc** | Case number *(if known)* | **23-40420** |
|---|---|---|---|
| | Name | | |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **($2,000.00)** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$496,670.88** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$494,670.88** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Kreatiively Kreative Inc |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 23-40420    Chapter    11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Debtor is the landlord on residential real property lease agreement | Jackson, Jerald |
| | | Contract to be ASSUMED | 5020 Eldorado Dr. |
| | **State the term remaining** | 0 months | North Richland Hills, TX 76180-7232 |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    **Kreatiively Kreative Inc**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____ **23-40420** _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Smith-Robert, Linda | 454 Pleasant Hill Lane <br> Street <br><br> Fate, TX 75189 <br> City        State        ZIP Code | Flash Raise Funding, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Textbook Holdings Trust, et al | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Lakeview Loan Servicing | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Nannette Wagner | ☑ D <br> ☐ E/F <br> ☐ G |
| | | McLennan County Tax | ☑ D <br> ☐ E/F <br> ☐ G |
| | | Trident Realty Investments LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Wagner, Nanette | 655 N Park Blvd. <br> Street <br><br> Grapevine, TX 76051 <br> City        State        ZIP Code | American Express | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Home Depot Credit Services | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Kreatiively Kreative Inc**                                              Case number (if known)  **23-40420**
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.4 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City        State        ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

**Fill in this information to identify the case:**

Debtor name _____Kreatiively Kreative Inc_____

United States Bankruptcy Court for the:

_____Eastern District of Texas_____

Case number (if known): _____23-40420_____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.......................................................................................    $2,740,000.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*....................................................................................    $213,266.51

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*......................................................................................    $2,953,266.51

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $2,113,832.06

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    ($2,000.00)

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    +    $496,670.88

4. **Total liabilities**.................................................................................................................    $2,608,502.94

    Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|

Debtor name _____Kreatiively Kreative Inc_____

United States Bankruptcy Court for the:

_____Eastern District of Texas_____

Case number (if known): _____23-40420_____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/28/2023___          **X** /s/ Johnny Robert _____
　　　　　　　　MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　Johnny Robert _____
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　Director _____
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor